IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY POWELL,              :
         Plaintiff,        :      1:18-cv-1656
                            :
    v.                     :      Hon. John E. Jones III
                            :
SCHUYLKILL COUNTY PRISON,  :
PRIMECARE MEDICAL, INC.,    :
         Defendants.    :

## ORDER

### September 12, 2018

NOW THEREFORE, upon consideration of Plaintiff's Complaint (Doc. 2),

and in accordance with the Court's Memorandum of the same date, it is hereby

ORDERED that:

1.  Plaintiff's motion (Doc. 1) to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2.  Plaintiff's complaint (Doc. 2) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.  The Clerk of Court is directed to CLOSE this case.

4.  Plaintiff may file, on or before September 27, 2018, a proposed amended complaint.

5.  The proposed amended complaint shall be accompanied by a motion to reopen the case and contain the same case number that is already assigned to this action, 1:18-cv-1656.

6.   The proposed amended complaint shall be direct, concise, and shall stand alone without reference to any other document filed in this matter or any other civil matter. *See* FED. R. CIV. P. 8(d)(1).

7.   Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims or additional defendants will be considered a failure to comply with an order of court and will result a denial of the motion to reopen and the striking of the proposed amended complaint. *See* FED. R. CIV. P. 20(a)(2).

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge